UNITED STATES of America, Plaintiff–Appellee,

v.

Gerald Andy TIMMONS, a/k/a G, Defendant–Appellant.

No. 15–6668.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2015.

Decided: Oct. 5, 2015.

Gerald Andy Timmons, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Andy Timmons appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Timmons*, No. 4:08–cr–00373–RBH–1 (D.S.C. Apr. 17, 2015). We deny the motions to modify the transcript order and for summary remand. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*